[No. 33093-1-III. Division Three. May 10, 2016.]

CETH HEIDEMAN ET AL., *Appellants*, v. CHELAN COUNTY SHERIFF'S OFFICE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Douglas County, No. 11-2-00287-7, John Hotchkiss, J., entered January 14, 2015. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J.; Korsmo, J., dissenting in part.

[No. 33428-7-III. Division Three. May 10, 2016.]

MICHAEL JOHN MCGOWAN, JR., ET AL., *Appellants*, v. THE CITY OF ASOTIN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Asotin County, No. 13-2-00151-4, John W. Lohrmann, J. Pro Tem., entered June 4, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Siddoway, J.